THE WIRE AND TELEPHONE COMPANY OF AMERICA, Respondent, *v.* WATERBURY COMPANY, Appellant.

*Wire & Telephone Co. of America* v. *Waterbury Co.*, 137 App. Div. 929, affirmed.

(Argued May 16, 1911; decided May 30, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 29, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for goods alleged to have been sold and delivered.

*Edmund J. Wager* for appellant.

*John D. McMahon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

THOMAS MACKELLAR, Respondent, *v.* LA MARCUS A. THOMPSON, Appellant.

*MacKellar* v. *Thompson*, 137 App. Div. 897, affirmed.

(Argued May 16, 1911; decided May 30, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 22, 1910, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover upon promissory notes.

*Theodosius F. Stevens* and *Robert H. Elder* for appellant.

*James Garfield Purdy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.